IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

COLE JOHN DAUGHENBAUGH                                              PETITIONER

2:17CV00124 JM/PSH

G. BEASLEY, Warden,
Forrest City Low                                                    RESPONDENT

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 5th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE